# UNITED STATES DISTRICT COURT

for the

MIDDLE District of FLORIDA

OCALA Division

Case No. 5:23-cv-382 SPC PRL

*(to be filled in by the Clerk's Office)*

HEAVEN JEROME JR

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

5th JUDICIAL MARION COUNTY CIRCUIT COURT

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

FILED
2023 JUN 20 AM 11:51
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JEROME HEAVEN JR (PERFERRED)

All other names by which you have been known: JEROME YOUNG BIRTH CERTIFICATE NAME

ID Number: 0639676

Current Institution: MARION COUNTY JAIL

Address: 3290 NW 10 ST

OCALA (City) FL (State) 34475 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: 5th JUDICIAL MARION COUNTY COURT HOUSE CIRCUIT OF OCALA FL

Job or Title *(if known)*: JUDGES

Shield Number:

Employer:

Address: P.O. Box 1030

OCALA (City) FL (State) 34475 (Zip Code)

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name: CLERK OF COURT AND OR STATE ATTORNEY

Job or Title *(if known)*: Clerk / PROSECUTOR

Shield Number:

Employer:

Address: 110 NW 1ST AVE

OCALA (City) FL (State) 34475 (Zip Code)

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name
Job or Title *(if known)*
Shield Number
Employer
Address

N/A

City State Zip Code

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name
Job or Title *(if known)*
Shield Number
Employer
Address

N/A

City State Zip Code

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

NEVER EVER MIRANDA RULE, RECKLESS ENDANGERMENT FALSE ARREST FALSE IMPRISONMENT IMMINENT DANGER DEFORMATION of CHARACTER LOST WAGES DUE PROCESS PRISONER RETALIATION ACTION CRUEL AND UNUSUAL PUNISHMENT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

JUDGE COTTON SAYS 11/29 IS 363 ONE WAY 364 I'M LISTENING TO MY COUNSEL 366 THATS WHO IS ON MY SIDE ~~STATE ATTONEY DIDNT EVEN GET A CHANCE TO SPEAK~~ PER HOMELESS PERFERENCE PREJUDICE UNLESS SHE CAN TAKE YOU HOME HOLIDAYS DINNER WHITE INMATE TOLD ME HE BEEN TO HER HOME HUSBAND FUNERAL HOME OWNER MARRIED 5 YEARS

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

(IN JAIL) 5th JUDICIAL JUDGE COTTON SENTENCE ME TO 11/29 WHICH THE ONLY YEAR POSSIBLE FOR THAT SENTENCE IS 2024 11 months 29 DAYS IS 366 DAYS 1 yr AND A DAY FOR A MISDEMEANOR. THAT SENTENCE 11/29 MUST BE GIVEN JANUARY 1, 2024 TO BE A COUNTY JAIL SENTENCE, AND A $1000 IS THE MAX FINE GIVE BOTH

VISE VERSA

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

(TO COURT HOUSE) A BENCH WARRANT WAS ISSUED 3/15/2023 I CAME 3/16/2023 THINKING THAT WAS MY DATE FOR SUMMONS, A WARRANT MUST GO TO ALL LAWENFORCEMENT ~~STATE~~, COUNTY, MUNICIPAL AGENCY. ARREST IN CLERK OF COURT OFFICE BY PEOPLE WITH GUNS AND NO BULLET PROOF VEST WITH SHERIFF UNIFORMS A C.O CANT OPEN CARRY OLDER OFFICER SEPARATED LINES OF DUTY BETWEEN THEM AND FEMALE OFFICER ONCE IN ANOTHER ROOM; SHE IS THE SHERIFF DEPUTY PER OLDER C.O. (NO DOCUMENTATION OF MIRANDA)

COURT HOUSE

JUDGES PROSECUTED NO Miranda 1998 to 3/16/2023 ALL.

C. What date and approximate time did the events giving rise to your claim(s) occur? BECAUSE FASE CASE LAW LIBRARY HAS THE MIRANDA RULE POST PLUS IVE EXPERIENCED BEING ARRESTED IN ANOTHER COUNTY I NOW KNOW THAT THE DISPLAYED MEANING of MIRANDA RULE GO JUST AS SUCH READ A DETAINEE OR ARRESTEE THEIR RIGHTS BEFORE STATEMENT OR EVIDENCE OR EVERYTHING IS INADMISSIBLE

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* SINCE THE BEGINNING Of MY CAREER of BEING A CRIMINAL 1998 to Current DATE I HAVE NEVER BEEN READ my RIGHTS EVER I NEVER KNEW ABOUT IT AND THIS 5th JUDICIAL CIRCUIT SYSTEM HAS TAKEN ADVANTAGE of my IGNORANCE AND PROSECUTED ME TO COUNTY TIME PROBATION AND PRISON (JUDGE COTTON 11/29 3/17/2023 PAST CHARGES JUDGES officers IN courtHOUSE 3/16/2023 no one can set aside or amend an irrevocable agreement such as THE constitution or FS

**V. Injuries** RESTRAIN ORDERS NO HEARING Lifetime $150 PER DAY AlSO

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. LOST RIGHTS AS A FL CITIZEN, RECENTLY BEATEN IN CONFINEMENT PREVIOUSLY 165 me Him 260 (INMATES) HEAD TRUAMA, TOOTHE LOOSE, Rights meaning constitutional Violation pretaining to previous convictions No speedy trial Signatures by me waived at arrignment me not present nor never ever Had Miranda Rule by arresting officer, taken advantage of by the system when I was unaware. THE LAW IS

**VI. Relief** TO SHOW People they are wrong the constitution instruction in How to upHOLD THE LAW (THE ELEMENT OF LAW = CONSTITUTION)

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. EXPUNGE MY RECORD (ENTIRE) 1 million Dollars system failed ME AND ARE NOT UPHOLDING THEMSELVES TO THE LAW NEITHER THE CONSTITUTION, AlSO AS A UNITED STATE CITIZEN I AM UNDER PROTECTIVE CUSTODY BY THE GUARDIANSHIP OF THE CONSTITUTION AND PlACED UNDER GUARD BY THE LAW WHICH I SHALL AlWAYS BE SUBJECT TO; GOD IS Soverign ONly

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [ ] Yes
- [x] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [ ] Yes
- [x] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [x] No
- [ ] Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [ ] Yes
- [x] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   - [ ] Yes
   - [x] No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-10-23

Signature of Plaintiff: Jerome Heaven Jr

Printed Name of Plaintiff: JEROME HEAVEN JR

Prison Identification #: 0D39676

Prison Address: 3290 NW 10 ST

OCALA (City) FL (State) 34475 (Zip Code)

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City State Zip Code

Telephone Number

E-mail Address